## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PHYLLIS JEAN COLLINGS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>**Commissioner of Social** )<br>**Security Administration,** )<br>)<br>Defendant. ) | Case No. CIV-08-381-RAW |

### ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On January 15, 2010, Magistrate Judge West entered her Report and Recommendation, recommending that the above-styled case be reversed and remanded for further proceedings. Defendant has not filed an objection.

IT IS THEREFORE ORDERED that the decision of the ALJ is hereby **REVERSED** and this case is hereby **REMANDED** to Defendant pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

**IT IS SO ORDERED** this 1st day of February, 2010.

**Dated this 1st Day of February 2010.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma

j4h4i0